1  KEMNITZER, BARRON, & KRIEG, LLP
   MARK CHAVEZ            Bar No. 090858
2  KRISTIN KEMNITZER     Bar No. 278946
   ADAM MCNEILE          Bar No. 280296
3  42 Miller Ave., 3rd Floor
   Mill Valley, CA  94941
4  Telephone:  (415) 632-1900
   Facsimile:  (415) 632-1901
5  mark@kbklegal.com
   kristin@kbklegal.com
6  adam@kbklegal.com
   Attorneys for Plaintiff RICHARD LILJEBLAD
7
   BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
8  RACHEL CHATMAN        Bar No. 206775
   One Montgomery St., Ste 2700
9  San Francisco, CA  94104-4505
   Telephone:  (628) 600-2250
10 Facsimile:  (628) 221-5828
   rchatman@beneschlaw.com
11 Attorneys for Defendant LEAFFILTER NORTH, LLC

12 SEVERSON & WERSON
   J. OWEN CAMPBELL      Bar No. 229976
13 19100 Von Karman Ave., Ste. 700
   Irvine, CA  92612
14 Telephone:  (949) 442-7110
   Facsimile:  (949) 442-7118
15 joc@severson.com
   Attorneys for Defendant WELLS FARGO BANK, NATIONAL ASSOCIATION

16

17

18

19                  UNITED STATES DISTRICT COURT

20           FOR THE EASTERN DISTRICT OF CALIFORNIA

21
   RICHARD LILJEBLAD,                    **Case No. 2:20-cv-02454-WBS-KJN**
22
                   Plaintiff.            **ORDER OF DISMISSAL OF ENTIRE**
23                                       **ACTION WITH PREJUDICE**
           vs.
24
   LEAFFILTER NORTH, LLC; WELLS
25 FARGO BANK, NATIONAL
   ASSOCIATION; and DOES 1 through 30,
26 inclusive,

27                   Defendants.
   _____/
28

1         Pursuant to the Stipulation of the Parties, and good cause appearing, IT IS SO

2    ORDERED that this action is DISMISSED, in its entirety, with prejudice.

3

4    Dated:  February 23, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28